UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under Deed of Trust Made by SEDGWICK MINOT, Respondent, *v.* SEDGWICK MINOT, Appellant, and JANE G. MINOT et al., Respondents.

Argued April 11, 1939; decided May 16, 1939.

*Jay Leo Rothschild* and *Max Chopnick* for appellant.

*Gerald J. Dean, Jesse J. Holland* and *George L. Monteiro* for Jane G. Minot, defendant, respondent.

*John Henry Mottola* for plaintiff, respondent.

*Herman Hoffman,* guardian *ad litem,* and *Arthur Weiss* for Jane R. Minot et al., infants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.